# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Matthew Conica, | ) | Case No. 1:17-cr-110 |
| | ) | |
| Defendant. | ) | |

Defendant was conditionally released following a detention hearing on May 16, 2017. He has since executed a plea agreement and has advised the court that he wants to be remanded into custody and begin service on his anticipated sentence.

Accordingly, defendant shall surrender to the United States Marshal in Bismarck, North Dakota by 4:00 p.m. on May 15, 2018. Upon his surrender, defendant shall be committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court