IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING MOTION FOR** |
| ) | **RELEASE** |
| vs. ) | |
| ) | |
| Matthew Conica, ) | Case No. 1:17-cr-110 |
| ) | |
| Defendant. ) | |

The court previously ordered Defendant detained pending a final hearing on a petition for action on his conditions of supervised release. (Doc. No. 101). Defendant is being housed by the Marshals Service at the Burleigh Morton Detention Center in Bismarck, North Dakota.

On October 4, 2023, Defendant filed a Motion to Reconsider Order of Detention. (Doc. No. 104). Advising that he has a secured a placement at Centre, Inc. in Fargo, North Dakota, he requests that the court reconsider its detention order and conditionally release him to Centre, Inc.

On October 5, 2023, the court issued an order advising that would defer ruling on Defendant's motion pending receipt and review of Defendant's travel itinerary. (Doc. No. 105).

On October 6, 2023, the United States Probation and Pretrial Services Office advised the court that Defendant plans on traveling from Bismarck to Fargo by bus on October 10, 2023, and that his scheduled departure time is 12:25 PM.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 104). Defendant shall be released no earlier than 10:30 AM on October 10, 2023, with the understanding that he will travel by bus to Fargo and report to Centre, Inc. upon his arrival. While on release, Defendant remains subject to the conditions of supervised release previously

imposed by the Court. Defendant's release is also subject to the following additional conditions:

(1) Defendant shall reside at Centre, Inc. in Fargo, participate in its programs, and abide by its rules and regulations. If directed by the Probation Officer, Defendant shall pay a portion of the cost of residing at that facility. The supervising Probation Officer may approve passes from facility for up to eight hours.

(2) Defendant shall not change his residence without prior approval of his supervising Probation Officer.

(3) Within 48 hours of his arrival at Centre, Inc., Defendant shall contact Probation Officer Heather Klemetson at (701) 297-7217 and continue to report thereafter as she directs.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2023.

                                           */s/ Clare R. Hochhalter*
                                           Clare R. Hochhalter, Magistrate Judge
                                           United States District Court